IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES WILLIAM ROBINSON, | | No. CIV S-09-0496 CMK P |
| Plaintiff, | | |
| vs. | | |
| ARNOLD SCHWARZENEGGER, et al., | | ORDER |
| Defendants. | | |
| _____/ | | |

       Defendants have filed a notice of removal of plaintiff's civil rights action pursuant to 42 U.S.C. § 1983. Defendants have paid the filing fee. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Tuolome County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

       Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

///

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

8

9  DATED: February 25, 2009

10

11  _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

2