# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM ROBINSON, | 1:09-cv-00349-GSA-PC |
| Plaintiff, | ORDER GRANTING REQUEST FOR SCREENING ORDER |
| v. | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |
| GOVERNOR ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

This is a civil action filed by plaintiff James William Robinson ("plaintiff"), a state prisoner proceeding pro se. This action was initiated by civil complaint filed by plaintiff in the Tuolomne County Superior Court on December 11, 2008 (Case #CV54268). On February 20, 2009, defendants Cate, Schwarzenegger, Clay, and VonSavoye ("defendants") removed the case to federal court by filing a Notice of Removal of Action pursuant to 28 U.S.C. § 1441(b). (Doc. 1.) In the Notice of Removal, counsel for defendants indicate that all of the defendants received a copy of the complaint between January 20 and January 22, 2009. Also in the Notice of Removal, defendants made a request for the court to screen plaintiff's complaint under 28 U.S.C. § 1915A and grant defendants an extension of time in which to file a response to the complaint. Plaintiff has not filed an opposition.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).

1

1  Plaintiff's complaint alleges that in 2007, while he was incarcerated at Jamestown Conservation
2  Center, defendants violated his constitutional rights when they threatened and harassed him,
3  retaliated against him, denied him use of the law library, denied him access to the courts, deprived
4  him of his rights to send confidential mail, and failed to adequately respond to his grievances,
5  causing him emotional distress. Because plaintiff was a prisoner and defendants were employed as
6  officers at a California state prison when the alleged events occurred, the court is required to screen
7  the complaint. Therefore, defendants' request for the court to screen the complaint shall be granted.
8  In addition, good cause appearing, the motion for extension of time shall also be granted.

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for the court to screen the complaint is GRANTED, and the court shall issue a screening order in due time; and

2. Defendants are GRANTED an extension of time until thirty days from the date of service of the court's screening order in which to file a response to the complaint.

IT IS SO ORDERED.

Dated:  **March 13, 2009**           /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE