IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM ROBINSON, | 1:09-cv-00349-OWW-GBC (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT AND OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | (ECF No. 38) |
| Defendants. | TWENTY-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 3, 2011, plaintiff filed a motion to extend time to file a first amended complaint, and to file objections to the Findings and Recommendations issued on December 1, 2010. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted twenty (20) days from the date of service of this order in which to file a first amended complaint and objections to the Findings and Recommendations.

IT IS SO ORDERED.

Dated: February 9, 2011

UNITED STATES MAGISTRATE JUDGE