# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM ROBINSON, | CASE NO. 1:09-cv-00349-OWW-GBC (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ADMISSION OF EXHIBITS |
| v. | (ECF No. 42) |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff James William Robinson ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's Amended Complaint has yet to be screened by this Court.

Pending before the Court now is Plaintiff's Motion for Permission for Admission of Exhibits. (ECF No. 42.) Plaintiff states that he would like to file exhibits related to his Amended Complaint which was filed simultaneously with the Motion.

Pursuant to Local Rule 220, this Court requires that an action proceed on a pleading that is complete in itself without reference to prior pleadings. While both the Federal Rules of Civil Procedure and the Local Rules of this Court contemplate supplementation of an

operative complaint under certain circumstances, as a general rule the Court does not authorize supplemental complaints. In this Court's experience the filing of supplements to a Complaint present an undue risk of piecemeal litigation that precludes orderly resolution of cognizable claims.

Therefore, the Court will deny Plaintiff's Motion for permission to provide the Court with exhibits to his Amended Complaint. This Order does not preclude Plaintiff from filing another amended complaint which includes the exhibits at issue now.

Accordingly, it is HEREBY ORDERED that Plaintiff's Motion for Permission for Admission of Exhibits is DENIED.

IT IS SO ORDERED.

Dated:  July 1, 2011

UNITED STATES MAGISTRATE JUDGE