# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.   1:09-cv-00349-OWW-GBC (PC)<br><br>ORDER GRANTING MOTION TO AMEND<br><br>(ECF No. 45)<br><br>SECOND AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

　　Plaintiff James William Robinson ("Plaintiff") is a former state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed a First Amended Complaint on June 27, 2011. (ECF No. 43.) It has yet to be screened by this Court. On August 10, 2011, Plaintiff filed a Motion to File a Second Amended Complaint. (ECF No. 45.)

　　Since the Court has not yet acted on Plaintiff's First Amended Complaint, the Court sees no reason not to allow Plaintiff to further amend his complaint. Accordingly, Plaintiff's Motion to Amend is GRANTED. Plaintiff's Second Amended Complaint is due within thirty days of the date of service of this Order.

IT IS SO ORDERED.

Dated:   August 22, 2011　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE